IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLORIA FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 23-00413-KD-N |
| | ) |
| SANOFI-AVENTIS U.S. LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on Defendant Sanofi-Aventis U.S., LLC's unopposed[1] Notice of Pending Settlement and Request to Stay Proceedings (doc. 11). The parties seek a six-month stay of all deadlines through and including May 24, 2024.

Defendant reports that the "parties have reached a settlement agreement in principle for the complete resolution of this matter" and that they "are in the process of preparing and finalizing a Master Settlement Agreement which will include" this action and other actions in the "multi-district litigation" (Id.). Although Defendants did not identify the "multi-district litigation", this action was transferred on November 6, 2023 from In re Taxotere (Docetaxel) Products Liability Litigation, MDL No. 16-2740, in the United States District Court for the Eastern District of Louisiana.

Upon consideration, the Request for Stay is **GRANTED**. Accordingly, this action is **STAYED** through **May 24, 2024**. The parties shall file a **joint report** on or before **May 10, 2024** to advise the Court as to the status of the settlement agreement.

DONE and ORDERED this the 29th day of March 2024.

>   s/ Kristi K. DuBose
>   **KRISTI K. DuBOSE**
>   **UNITED STATES DISTRICT JUDGE**

---

[1] Defendant states that "the parties are aware of this filing and have no objection" (doc. 11). To date, none have been filed.