IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GLORIA FREEMAN,**            ) | |
|      Plaintiff,            ) | |
|                                        ) | |
| v.                                 ) | CIVIL ACTION NO. 23-00413-KD-N |
|                                        ) | |
| **SANOFI-AVENTIS U.S. LLC,**  ) | |
|      Defendant.         ) | |

## ORDER

In November 2023, this action was transferred from In re Taxotere (Docetaxel) Products Liability Litigation, MDL No. 16-2740 (E.D. La. 2016). Previously, Defendant Sanofi-Aventis U.S., LLC reported that the parties had "reached a settlement agreement in principle for the complete resolution of this matter" and that they were "in the process of preparing and finalizing a Master Settlement Agreement which will include" this action and other actions in the MDL (doc. 11). Sanofi-Aventis' request for a stay was granted (doc. 14).

In their first Joint Status Report the parties reported that the Master Settlement Agreement was executed and the deadline for plaintiffs to opt-in to the settlement was set for May 2024 (doc. 15). The parties' request to continue the stay was granted (doc. 16)

In their second Joint Status Report, the parties reported that Plaintiff opted-in to the Settlement Agreement (doc. 17). They also reported they are now determining whether enough plaintiffs had opted-in – the Final Participation Threshold – to complete the settlement and reported that the process includes individual settlement assessments with mediation of disputes before litigation. The parties' request to continue the stay was granted (doc. 18).

The parties now report that the Final Participation Threshold has been met and that the parties recently completed a final participation report and funding calculation. They also report that the settlement should be funded within the next forty-five (45) days (doc. 19).

Accordingly, this action is **STAYED** through **January 14, 2025**.  The parties shall file a **joint report** on or before **January 7, 2025,** to advise the Court as to the status of settlement.

DONE and ORDERED this the 6th day of November 2024.

<u>**s/ Kristi K. DuBose**</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**